Order issued December 3 , 2012

00519



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00328-CV

**RONG TANG, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION, Appellee**

## ORDER

We **GRANT** appellant's November 29, 2012 second motion for an extension of time to file a reply brief. Appellant shall file his reply brief on or before December 31, 2012. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

DOUGLAS S. LANG
JUSTICE